PER CURIAM.
By petition for a writ of certiorari we have for review an order of the Florida Industrial Commission bearing date May 26, 1965.
We find that oral argument would serve-no useful purpose and it is therefore dispensed with pursuant to Florida Appellate Rule 3.10, subd. e, 31 F.S.A.
Our consideration of the petition, the record and briefs leads us to conclude that there has been no deviation from the essen-r tial requirements of law.
The petition is therefore denied.
*584 It is further ordered that the petitioner’s motion for attorneys’ fees he and the same i's hereby denied.
THORNAL, C. J., and DREW, O’CON-NELL, CALDWELL and ERVIN, JJ., concur.